UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MAINE HUMAN RIGHTS )
COMMISSION, et al., )
 )
      Plaintiffs, )
 )
v. ) 1:10-cv-00180-JAW
 )
COFFEE COUPLE LLC, et al., )
 )
      Defendants. )

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 8, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion for Default Judgment (Docket # 32) on the Second Amended Complaint is GRANTED and that default judgment shall be entered for the Maine Human Rights Commission on behalf of Susan Patti, Jessica Page, Brittany Corliss and Anthony Verville and for Susan Patti, Jessica Page and Brittany Corliss individually. Default judgment shall not be entered on behalf of Michael Larson.

SO ORDERED.

                 /s/ John A. Woodcock, Jr.
                 JOHN A. WOODCOCK, JR.
                 CHIEF UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2011